UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **EDCV 15-820-MWF(ASx)**                              Dated: **December 14, 2016**

Title:     John Edwards, et al. -*v*- Ray Mabus

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                            None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

In light of the Notice of Settlement filed December 12, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **January 9, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                                              Initials of Deputy Clerk   cw
CIVIL - GEN